## MICHAEL REICH
### V.
## ADELAIDE N. BERDEL ET AL.

*Injunctions—Dissolution—Damages—Appeal—Record.*

A judgment for damages assessed on the dissolution of an injunction, can not be supported on appeal, unless the evidence authorizing it is preserved in the record.

[Opinion filed September 18, 1888.]

APPEAL from the Superior Court of Cook County; the Hon. EGBERT JAMIESON, Judge, presiding.

Messrs. BLUM & BLUM, for appellant.

Mr. E. A. SHERBURNE, for appellees.

MORAN, P. J. This is an appeal from a decree assessing damages on the dissolution of an injunction which had been sued out by appellant. The record shows only a suggestion

of damages, and that the damages were assessed at $164.75. It does not appear that the court heard any evidence showing the nature or extent of the damages nor how they arose.

It has been repeatedly held a judgment for such damages can not be supported on appeal, unless the evidence authorizing the judgment is preserved in the record. There is noth_ ing whatever to support this decree for damages, and it must therefore be reversed and the case remanded.

*Reversed and remanded.*